### CERAMICA REGIOMONTANA, S.A., Plaintiff

v.

### UNITED STATES, Defendant.

Slip Op. No. 96–46.
Court No. 95–05–00636.

United States Court of
International Trade.

March 1, 1996.

*ORDER*

MUSGRAVE, Judge.

Upon consideration of the Appellate Court's decision in *Ceramica Regiomontana, S.A. v. United States,* 64 F.3d 1579 (Fed.Cir. 1995), and plaintiff's consent motion, it is hereby

ORDERED that the U.S. Department of Commerce instruct the U.S. Customs Service to refund any estimated countervailing duties that were deposited with the U.S. Customs Service during the period January 1, 1992 through December 31, 1992, with respect to ceramic tile from Mexico manufactured by Ceramica Regiomontana, S.A., covered by entries that remained unliquidated at the close of business on October 17, 1995, together with interest calculated as provided by 19 U.S.C. § 1677g.